IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA  :

        Plaintiff  :Case No. 3:22-CR-43

    vs.  :HONORABLE WALTER H. RICE

WALKER, JR., TOBY  :

        Defendant  :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 18, 2022 and amends by removing the following condition:

1. Mr. Walker must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. *Home Detention.*

All other bond conditions remain in full force and effect.

Date: 11/1/2022

                                          HONORABLE WALTER H. RICE
                                          UNITED STATES DISTRICT COURT JUDGE